JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEQUENO,<br><br>        Petitioner,<br><br>        v.<br><br>W.L. MONTGOMERY,<br><br>        Respondent. | Case No. LA CV 15-6541 ODW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and this Court's Order (1) Accepting Report and Recommendation of United States Magistrate Judge and (2) Denying Habeas Petition, Certificate of Appealability, and Evidentiary Hearing.

DATED: October 28, 2015

                                          HON. OTIS D. WRIGHT II
                                        UNITED STATES DISTRICT JUDGE